# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

THERESA PARRISH and TRACY       \*
MORENO, as co-independent administrators \*    No. 14-324V
of THE ESTATE OF NORMA P.       \*    Special Master Christian J. Moran
PARRISH AKA ARMANDINA PARRISH, \*
      \*
      Petitioners,       \*    Filed: July 29, 2015
      \*
v.       \*    Attorneys' fees and costs; award in
      \*    the amount to which respondent
SECRETARY OF HEALTH       \*    does not object.
AND HUMAN SERVICES,       \*
      \*
      Respondent.       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioners;
Jennifer Reynaud, United States Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On July 27, 2015, petitioners filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioners informally submitted a draft application for attorneys' fees and costs to respondent for review. Upon review of petitioners' application, respondent raised objections to certain items. Based on subsequent discussions, petitioners amended their application to request $42,000.00, an amount to which respondent does not object. The Court awards this amount.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this ruling on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

On April 21, 2014, Theresa Parrish and Tracy Moreno filed a petition for compensation on behalf of Norma P. Parrish, aka Armandina Parrish ("Mrs. Parrish), alleging that the influenza ("flu") vaccine, which Mrs. Parrish received on September 14, 2012, caused her to suffer acute disseminated encephalomyelitis ("ADEM") resulting in death. Petitioners received compensation based upon the parties' stipulation. Decision, issued Mar. 19, 2015. Because petitioners received compensation, they are entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Petitioners seeks a total of **$42,000.00** in attorneys' fees and costs. In compliance with General Order No. 9, petitioners represent that they did not incur any out-of-pocket litigation expenses while pursuing this claim. Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

**A lump sum of $42,000.00 in the form of a check made payable to petitioners and petitioners' attorney, Jeffrey S. Pop, of Jeffrey S. Pop and Associates, for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

The Court thanks the parties for their cooperative efforts in resolving this matter. The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

2